**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

SABIR ABDUL-HAQQ YASIR

      Plaintiff,

v.                      CASE NO.  4:20cv50-RH-MAF

CHAD POPPELL, etc., et al.,

      Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed. Upon review,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The case is transferred to the United States District Court for the Middle District of Florida, Ft. Myers Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on April 9, 2020.

                  s/Robert L. Hinkle_____
                  United States District Judge